# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GORDON-KAREN PROPERTIES, LLC

VERSUS

PARADIGM INVESTMENT GROUP,
LLC AND HLAR, LLC

NO.  2019 CW 1436

**FEB 1 8 2020**

In Re:    Paradigm   Investment   Group,   LLC,   applying   for
          supervisory  writs,  22nd  Judicial  District  Court,
          Parish of St. Tammany, No. 2018-15534.

BEFORE:  **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT